CADES SCHUTTE
A Limited Liability Law Partnership

| | |
|---|---|
| C. MICHAEL HEIHRE | 1307-0 |
| KELLY G. LAPORTE | 6294-0 |
| TERI-ANN E.S. NAGATA | 8660-0 |
| MEGAN A. SUEHIRO | 9582-0 |

1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:   mheihre@cades.com
         klaporte@cades.com
         tnagata@cades.com
         msuehiro@cades.com

Attorneys for Defendants
SIDNEY K. KANAZAWA, ESQ.,
and MCGUIREWOODS LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JEREMY GREEN and SHIZUKO GREEN,<br><br>Plaintiffs,<br><br>vs.<br><br>SIDNEY K. KANAZAWA, ESQ., a resident of California, and MCGUIREWOODS, LLP, a Virginia limited liability partnership, and DOE DEFENDANTS 1-50,<br><br>Defendants. | CIVIL NO. 16-00054 HG-KSC<br><br>**STIPULATION TO CONSOLIDATE CASES CV NO. 14-00544 HG-KSC, CV NO. 16-00053 HG-KSC, CV NO. 16-00054 HG-KSC, and CV NO. 16-00055 HG-KSC; ORDER** |

### STIPULATION TO CONSOLIDATE CASES CV NO. 14-00544 HG-KSC, CV NO. 16-00053 HG-KSC, CV NO. 16-00054 HG-KSC, and CV NO. 16-00055 HG-KSC

The parties, by and through their undersigned attorneys, and pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and the Minute Order [Doc. No. 33] filed on April 18, 2016, hereby stipulate and agree that the cases identified as CV No. 14-00544 HG-KSC ("**Carson Action**"), CV No. 16-00053 HG-KSC ("**RNI Action**"), CV No. 16-00054 HG-KSC ("**Green Action**"), and CV No. 16-00055 HG-KSC ("**Kim Action**") shall be consolidated as follows:

1. The Carson Action and the RNI Action shall be consolidated for all purposes, including trial ("**Consolidated Carson/RNI Action**"); and

2. The Green Action and the Kim Action shall be consolidated for all purposes, including trial ("**Consolidated Green/Kim Action**").

All discovery in the pending federal actions is fully usable in each pending federal action as if taken in each pending federal action.

The trial of the Consolidated Green/Kim Action shall commence roughly six months after the completion of the trial of the Consolidated Carson/RNI Action with the tentative trial date to be in September 2017.

//
//
//

DATED:  Honolulu, Hawaiʻi, April 27, 2016.

/s/ Megan A. Suehiro
C. MICHAEL HEIHRE
KELLY G. LAPORTE
TERI-ANN E.S. NAGATA
MEGAN A. SUEHIRO
Attorneys for Defendants
SIDNEY K. KANAZAWA, ESQ., and
MCGUIREWOODS LLP


/s/ Michael A. Lilly
MICHAEL A. LILLY
SHAWN M. COLLINS
JOHN A. SOPUCH III
J. ROBERT ARNETT II
Attorneys for Plaintiffs
JEREMY GREEN and SHIZUKO GREEN

**Dated:  Honolulu, Hawaii, May 3, 2016.**

APPROVED AND SO ORDERED:




Kevin S.C. Chang
United States Magistrate Judge

Jeremy Green, et al. vs. Sidney K. Kanazawa, Esq., et al.; Civil No. 16-00054 HG-KSC;  STIPULATION TO CONSOLIDATE CASES CV NO. 14-00544 HG-KSC, CV NO. 16-00053 HG-KSC, CV NO. 16-00054 HG-KSC, and CV NO. 16-00055 HG-KSC; ORDER